IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01545-BNB

ROCKY YORK,

    Applicant,

v.

LOUIS ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2007

GREGORY C. LANGHAM
                      CLERK

---

## ORDER DISMISSING CLAIM, DISCHARGING SHOW-CAUSE ORDER, AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Applicant, Rocky York, is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Fort Lyon, Colorado, correctional facility. Mr. York filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has paid the $5.00 filing fee in this case.

On September 11, 2007, the Court ordered Mr. York to show cause within thirty days why the instant habeas corpus application should not be denied as a mixed petition for failure to exhaust state remedies as to each asserted claim. The September 11 order warned Mr. York that, although he may elect to pursue in this action only those claims for which state remedies already have been exhausted, a decision to pursue his exhausted claims likely will bar him from seeking review in a second or successive application. *See* 28 U.S.C. § 2244(b).

On September 28, 2007, Mr. York submitted his response to the show-cause

order. In the response, Mr. York concedes that he has failed to raise his seventh claim concerning double jeopardy before the state courts and asks that the seventh claim be dismissed.

The seventh claim will be dismissed. The September 11 order to show cause will be discharged at this time. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the seventh claim concerning double jeopardy asserted in Applicant's habeas corpus application is dismissed. It is

FURTHER ORDERED that the September 11, 2007 order to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 10 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01545-BNB

Rocky York
Prisoner No. 108025
Fort Lyon Corr. Facility
PO Box 1000 - Unit 5
Ft. Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/11/07

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk