**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-1545-CMA-KMT

ROCKY YORK,

      Petitioner,

v.

LOUIS ARCHULETA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**ORDER ADOPTING AND AFFIRMING DECEMBER 31, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the December 31, 2009 Recommendation by the Magistrate Judge that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be denied. (Doc. # 28.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 28 at 20.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended

to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

The Court is satisfied that the Recommendation of the Magistrate Judge is sound and that "there is no clear error on the face of the record." See Fed. R. Civ. P. 72(b) Advisory Committee Notes. The Court agrees that this case should be dismissed. Accordingly, it is hereby

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 28), filed December 31, 2009, is ACCEPTED, and, for the reasons cited therein, Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed July 23, 2007 (Doc. # 2), is DENIED and this civil action is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c). Accordingly, Petitioner is not entitled to a certificate of appealability.

DATED:  February __26__, 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge