```
                                                    F I L E D
                                              UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

APR 19 2010

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-01545 CMA-KMT

ROCKY YORK,

    Petitioner,

v.

LOUIS ARCHULETA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this ___16th___ day of April, 2010

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01545 CMA-KMT

Mesa County Court
Mesa County Justice Center
125 N. Spruce
Grand Junction, CO 81505

Rocky York
406 Pintal Ave.
Grand Junction, CO 80504

Wendy Jo Ritz - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/19/10.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk